NEIL M. SOLTMAN (SBN 67617)
 nsoltman@mayerbrown.com
CHRISTOPHER P. MURPHY (SBN120048)
 cmurphy@mayerbrown.com
MATTHEW H. MARMOLEJO (SBN 242964)
 mmarmolejo@mayerbrown.com
MAYER BROWN LLP
350 South Grand Avenue, 25th Floor
Los Angeles CA 90071-1503
Tel:  (213) 229-9500
Fax:  (213) 625-0248

DAVID SALTZMAN (admitted *pro hac vice*)
 dsaltzman@turklaw.net
SALTZMAN & EVINCH, PC
655 15th Street N.W. #225-F
Washington, D.C. 20005
Tel:  (202) 637-9877
Fax:  (202) 637-9876

Attorneys for Defendants
THE CENTRAL BANK OF THE REPUBLIC OF
TURKEY and T.C. ZIRAAT BANKASI

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX BAKALIAN; ANAIS HAROUTUNIAN; and RITA MAHDESSIAN,<br><br>Plaintiffs,<br><br>v.<br><br>REPUBLIC OF TURKEY; THE CENTRAL BANK OF THE REPUBLIC OF TURKEY; T.C. ZIRAAT BANKASI; and DOES 1-100,<br><br>Defendants. | NO. CV 10-9596 DMG (SSx)<br><br>**AMENDED DECLARATION OF CHRISTOPHER P. MURPHY IN SUPPORT OF MOTION BY DEFENDANTS CENTRAL BANK OF THE REPUBLIC OF TURKEY AND T.C. ZIRAAT BANKASI FOR JUDGMENT ON THE PLEADINGS**<br><br>Date:    December 19, 2011<br>Time:   9:30 a.m.<br>Place:   Courtroom of the Hon.<br>            Dolly M. Gee, United States<br>            District Judge |

# AMENDED DECLARATION OF CHRISTOPHER P. MURPHY[1]

I, Christopher P. Murphy, declare as follows:

1. I am an attorney at law duly admitted to practice before this Court and all courts of the State of California. I am a counsel of Mayer Brown LLP and am one of the attorneys for Defendants the Central Bank of the Republic of Turkey (the "Central Bank") and T.C. Ziraat Bankasi ("Ziraat Bank") in this action. I have personal knowledge of the matters stated herein and could and would competently testify thereto if called as a witness.

2. Attached hereto as Exhibit A is a true and correct copy of pertinent pages from a book entitled G. Wettstein et al., THE SWISS FEDERAL CODE OF OBLIGATIONS WITH THE TURKISH ALTERATIONS (Jacques Bollmann S.A., Zurich 1928). I obtained a copy of this book from the Los Angeles County Law Library.

3. The Turkish Code of Obligations is based on the Swiss Code of Obligations. As explained in the Preface of attached book, "[w]hen adopting the Swiss Code of Obligations, Turkey introduced some alterations of minor importance into the Swiss text by changing various articles and adding or omitting others." This book provides translations into English, Spanish and French of the Turkish Code of Obligations with indications as to the changes in the Turkish Code of Obligations from the Swiss Code of Obligations.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct and that this Declaration was executed on September 30, 2011 in Los Angeles, California.

/s/Christopher P. Murphy
Christopher P. Murphy

---

[1] The sole correction in this amendment addresses the previous inadvertent statement in the prior declaration, resulting from a word processing/editing error, that the Mayer Brown firm was counsel to defendant the Republic of Turkey. The Republic of Turkey has not appeared in this action and, at present, counsel of record for the Bank Defendants do not represent the Republic of Turkey in this matter.

# EXHIBIT A

# The Swiss Federal Code of Obligations
### with the Turkish alterations

# Código Federal Suizo de las Obligaciones
### con las modificaciones turcas

# Le Code Fédéral Suisse des Obligations
### (texte officiel suisse français)
### avec les changements turcs

Dr. juris utriusque
## GEORG WETTSTEIN
Advokat in Zürich

assisted by / con la colaboración de

Jucker, Charles, Dr. jur.  
Advokat in Zürich

Oppenheimer, Herbert  
Solicitor in London

Pritsch, Erich, Dr. jur.  
Landgerichtsrat in Berlin

Torralva Medina, Don Eduardo,  
Dr. en Fil., Abogado en Madrid

———

Zurich 1928  
Jacques Bollmann S.A., Editeurs et Imprimeurs

The Swiss Federal Code of Obligations

Código Federal Suizo de las Obligaciones

Le Code Fédéral Suisse des Obligations

Zurich 1928
JACQUES BOLLMANN S.A.
Editeurs et Imprimeurs



KE 5046
.9
C6
1928

THE SWISS
FEDERAL CODE OF
OBLIGATIONS

Copyright by
Dr. juris utriusque
GEORG WETTSTEIN
Advocate
Zurich (Switzerland)

# THE SWISS FEDERAL CODE OF OBLIGATIONS

indicating the alterations made in connection with the adoption of this law in Turkey by

# CÓDIGO FEDERAL SUIZO DE LAS OBLIGACIONES

completado con la indicación de las modificaciones introducidas en él con motivo de su adaptación como ley en Turquía por el

# LE CODE FEDERAL SUISSE DES OBLIGATIONS

complété par l'indication des changements y portés lors de l'adoption de la loi en Turquie par

Dr. juris utriusque

## GEORG WETTSTEIN

Advocate in Zurich

*Official Legal Adviser to H. B. M.'s Consulate General*
*Advocate of the U.S.A. Consulate General in Zurich*
*Consul General of Norway for Switzerland etc.*

assisted by
**Herbert Oppenheimer**
*Solicitor in London*
*Legal adviser to the Swiss Legation in London*
and
**Dr. Charles Jucker**
*Advocate in Zurich*
Corresponding Member to the Comparative Law Bureau of the American Bar Association

con la colaboración de
**Don Eduardo Torralva Medina**
Abogado-Consejero de la Legación de Suiza en España, Doctor en Filosofía y Letras, Licenciado en Derecho, Letrado del Ilustre Colegio de Madrid, Jefe de Sección en el Ministerio de Instrucción pública y Comendador de la Orden civil de Alfonso XII

avec la collaboration de
**Dr. jur. Erich Pritsch,**
*Landgerichtsrat, gerichtl. beeid. Dolmetscher der türk. Sprache im Bezirk des Kammergerichts Berlin,*

pour les changements portés à la loi lors de son adoption en Turquie, changements mentionnés en braquets

# A FEDERAL ACT COMPLETING
# THE SWISS CIVIL CODE
(Fifth Book: Law of Obligations)
(of March 30th, 1911)

THE FEDERAL ASSEMBLY OF THE SWISS CONFEDERATION

After reading the messages of March 3rd 1905 and
June 1st 1909 by the Federal Council

passes:

## The Code of Obligations

---

# LEJ FEDERAL COMPLEMENTARIA
# DEL CODIGO CIVIL SUIZO
(Libro quinto: Derecho de las obligaciones)
(Del 30 de marzo de 1911)

LA ASAMBLEA FEDERAL DE LA CONFEDERACION SUIZA

Vistos los mensajes del Consejo federal de 3 de marzo
de 1905 y de 1.º de junio de 1909,

Decreta:

## Código de las Obligaciones

---

# LOI FÉDÉRALE COMPLÉTANT
# LE CODE CIVIL SUISSE
(Livre cinquième: Droit des obligations)
(Du 30 mars 1911)

L'ASSEMBLÉE FÉDÉRALE DE LA CONFÉDÉRATION SUISSE,

Vue les messages du Conseil fédéral des 3 mars 1905
et 1er juin 1909,

arrête:

## Code des Obligations

## PREFACE

When adopting the Swiss Code of Obligations, Turkey introduced some alterations of minor importance into the Swiss text by changing various articles and adding or omitting others.

To enable a better understanding and comparison of both texts the following brackets are used:
a) brackets of this form [ ] indicating the Turkish modifications,
b) brackets of this form ⟨ ⟩ containing the words of the Swiss text omitted in the Turkish adaption,
c) brackets of this form ‖ ‖ embracing the Turkish additions to the Swiss text.

The translation of the law applying to commercial associations, securities, commercial register, etc., which, however, has not been adopted by Turkey, will follow after the completion of the present revision by the Swiss Parliament of the respective articles.

## ADVERTENCIA

Declarado vigente en Turquía el Código civil suizo de las Obligaciones, los turcos han introducido algunas variantes de escasa importancia en el texto helvético, adicionando varios artículos y suprimiendo otros.

Para la mejor inteligencia y comparación de ambos textos, se señala:
a) Entre paréntesis de esta forma [ ] las modificaciones turcas,
b) entre paréntesis así ⟨ ⟩ las palabras suizas omitidas en la adaptación turca, y
c) entre estos otros ‖ ‖ los aditamentos hechos por los otomanos a la ley de la Confederación.

Los traductores continuarán su labor con el derecho de los sociedades comerciales, de los títulos de valor, del registro de comercio, etc., no introducido en Turquía, tan pronto como se termina la revisión en curso de los artículos respectivos por el Parlamento Federal.

## PREFACE

Lorsque la Turquie a adopté le Code Suisse des Obligations, elle a introduit quelques changements d'importance secondaire en modifiant divers articles et en ajoutant ou supprimant d'autres.

Pour la meilleure compréhension et comparaison seront signalées:
a) en parenthèses de la forme suivante [ ] les modifications turques,
b) en parenthèses de la forme suivante ⟨ ⟩ les mots du texte suisse omis dans la version turque et
c) en parenthèses de la forme suivante ‖ ‖ ce qui a été ajouté au texte suisse dans la version turque.

La traduction du droit des sociétés commerciales, des papiers-valeurs, du registre du commerce, etc., cependant non adopté en Turquie, suivra dès que la présente revision des articles respectifs par le Parlement Fédéral sera terminée.

# FIRST PART
## General Provisions

*PRIMERA PARTE*
## *Disposiciones generales*

PREMIÈRE PARTIE
## Dispositions générales

### FIRST TITLE
#### Origin of Obligations

### *TÍTULO PRIMERO*
#### *De la formación de las obligaciones*

### TITRE PREMIER
#### De la formation des obligations

#### FIRST CHAPTER
##### OBLIGATIONS RESULTING FROM CONTRACT

#### *CAPITULO PRIMERO*
##### *DE LAS OBLIGACIONES PROVENIENTES DE CONTRATO*

#### CHAPITRE PREMIER
##### DES OBLIGATIONS RÉSULTANT D'UN CONTRAT

I.

A contract requires the mutual agreement of the parties.

This agreement may be either express or implied.

*El contrato se perfecciona cuando las partes han manifestado recíprocamente su voluntad de una manera conforme.*

*Dicha manifestación puede ser expresa o tácita.*

Le contrat est parfait lorsque les parties ont, réciproquement et d'une manière concordante, manifesté leur volonté.

Cette manifestation peut être expresse ou tacite.

A. Entering into contract.
  I. Agreement of parties.
    1. In general.

A. Conclusión de contrato.
  I. Acuerdo de las partes.
    1. Condiciones generales.

A. Conclusion du contrat.
  I. Accord des parties.
    1. Conditions générales.

7

# SECOND CHAPTER
## OBLIGATIONS RESULTING FROM TORT

## CAPITULO SEGUNDO
### DE LAS OBLIGACIONES RESULTANTES DE ACTOS ILICITOS

## CHAPITRE DEUXIÈME
### DES OBLIGATIONS RÉSULTANT D'ACTES ILLICITES

### 41.

Every person who causes damage to another in an unlawful manner, be it wilfully or be it negligently or imprudently, is liable for compensation.

Every person who, *contra bonos mores*, wilfully causes damage to another is also liable for compensation.

    A. Liability in general.
    I. Requirements of liability.

*Todo el que, de manera ilícita, causa un daño a otro, sea intencionalmente, sea por descuido o imprudencia, está en la obligación de repararlo.*

*Todo el que causa intencionadamente un daño a otro por hechos contrarios a las buenas costumbres, tiene, asimismo, igual obligación.*

    A. Principios generales.
    1. Condiciones de la responsabilidad.

Celui qui cause, d'une manière illicite, un dommage à autrui, soit intentionnellement, soit par négligence ou imprudence, est tenu de le réparer.

Celui qui cause intentionnellement un dommage à autrui par des faits contraires aux mœurs est également tenu de le réparer.

    A. Principes généraux.
    I. Conditions de la responsabilité.

### 42.

The person claiming compensation has to prove the damage.

Damage not ascertainable by calculation is determined by the judge at his discretion, taking into account the ordinary course of events and the measures taken by the damaged party.

    II. Ascertainment of damages.

*La prueba del daño incumbe al demandante. Cuando no pueda determinarse con exactitud el importe del*

    II. Fijación del daño.

3    33

| | |
|---|---|
| Le propriétaire d'un bâtiment ou de tout autre ouvrage répond du dommage causé par des vices de construction ou par le défaut d'entretien.<br><br>Est réservé son recours contre les personnes responsables envers lui de ce chef. | E. Responsabilité pour des bâtiments et autres ouvrages.<br>I. Dommages-intérêts. |

### 59.

| | |
|---|---|
| A person endangered by another's building or structure may require the owner thereof to take the necessary measures for averting the danger.<br><br>Orders of the police for the protection of persons and property are not affected hereby. | II. Safety measures. |
| *El que se hallare amenazado de un daño proveniente del edificio o de la obra de otro tiene el derecho de exigir del propietario que adopte las medidas necesarias para evitar el peligro.*<br><br>*Se hace reserva de los Reglamentos de Policía concernientes a la protección de las personas y de las propiedades.* | II. Medidas de seguridad. |
| Celui qui est menacé d'un dommage provenant du bâtiment ou de l'ouvrage d'autrui a le droit d'exiger du propriétaire que celui-ci prenne les mesures nécessaires pour écarter le danger.<br><br>Sont réservés les règlements de police concernant la protection des personnes et des propriétés. | II. Mesures de sûreté. |

### 60.

| | |
|---|---|
| The claim for compensation or general damage is barred after one year from the date when the prejudiced party has received knowledge of the damage and of the person liable, but in any case after ten years from the date when the act causing the damage took place.<br><br>Where the action is based on a tort for which the penal law prescribes a longer period of limitation, then the latter shall also apply to the civil claim.<br><br>If the tort gives rise to a demand against the injured party, the latter may also repudiate the demand, if his claim arising out of the tort is barred by the statute of limitation. | F. Limitation of actions. |

F. Prescripción.

*La acción para reclamar daños y perjuicios o el pago de una suma en efectivo metálico a título de reparación moral, prescribe por el transcurso de un año contado desde el día en que la parte ofendida tuvo conocimiento del perjuicio así como de la persona que se lo causó; y, en todo caso, a los diez años desde el día en que se produjo el hecho dañoso.*

*Sin embargo, si los daños y perjuicios derivan de un acto punible sometido por las leyes penales a una prescripción de duración mayor, esta prescripción se aplica a la acción civil.*

*Si el acto ilícito ha dado nacimiento a un crédito contra la parte perjudicada, ésta puede rehusar su pago aunque su derecho a exigir la reparación del daño haya prescrito.*

F. Prescription.

L'action en dommages-intérêts ou en paiement d'une somme d'argent à titre de réparation morale se prescrit par un an à compter du jour où la partie lésée a eu connaissance du dommage ainsi que de la personne qui en est l'auteur, et, dans tous les cas, par dix ans dès le jour où le fait dommageable s'est produit.

Toutefois, si les dommages-intérêts dérivent d'un acte punissable soumis par les lois pénales à une prescription de plus longue durée, cette prescription s'applique à l'action civile.

Si l'acte illicite a donné naissance à une créance contre la partie lésée, celle-ci peut en refuser le paiement lors même que son droit d'exiger la réparation du dommage serait atteint par la prescription.

61.

G. Liability of public functionaries and officials.

⟨As to the liability of public functionaries and officials to pay specific or general damages for harm caused in the exercise of their public functions, the Federal and Cantonal legislatures may adopt different provisions.

Provided, however, that the provisions of this chapter cannot be abrogated by Cantonal laws, where the functions of the public employees and officials are of an industrial nature.⟩

46

⟨La legislación federal o cantonal puede derogar las prescripciones del presente capítulo en lo que concierne a la responsabilidad en que incurran los funcionarios y empleados públicos por el daño o el agravio moral que causen en el ejercicio de su cargo.

Pero las leyes cantonales no pueden derogarlas si se trata de actos cometidos por funcionarios o empleados públicos que afecten al ejercicio de cualquier industria.⟩

G. Responsabilidad de los funcionarios y empleados públicos.

⟨La législation fédérale ou cantonale peut déroger aux dispositions du présent chapitre, en ce qui concerne la responsabilité encourue par des fonctionnaires et employés publics pour le dommage ou le tort moral qu'ils causent dans l'exercice de leur charge.

Les lois cantonales ne peuvent déroger aux dispositions du présent chapitre, s'il s'agit d'actes commis par des fonctionnaires ou des employés publics et se rattachant à l'exercice d'une industrie.⟩

G. Responsabilité des fonctionnaires et employés publics.

---

### THIRD CHAPTER
#### OBLIGATIONS RESULTING FROM UNJUSTIFIABLE ENRICHMENT

### CAPITULO TERCERO
#### DE LAS OBLIGACIONES RESULTANTES DEL ENRIQUECIMIENTO ILEGITIMO

### CHAPITRE TROISIÈME
#### DES OBLIGATIONS RÉSULTANT DE L'ENRICHISSEMENT ILLÉGITIME

#### 62. [61.]

'Any person who has in an unjustifiable manner received a gain out of the property of another is bound to return it.

The gain must in particular be returned, where it was received without any valid ground or on a ground which did not become effective or which ceased to exist.

A. Requirements.
I. In general.

47

II. Droits résultant des impenses.
Le défendeur a droit au remboursement de ses impenses nécessaires ou utiles; néanmoins, s'il était déjà de mauvaise foi lors' de la réception, les impenses utiles ne lui sont remboursées que jusqu'à concurrence de la plus-value existant encore au moment de la restitution.

Les autres impenses ne lui donnent droit à aucune indemnité, mais il a la faculté d'enlever, avant toute restitution, ce qu'il a uni à la chose et qui en peut être séparé sans dommage pour elle, si le demandeur ne lui offre la contre-valeur de ses impenses.

### 66. [65.]

C. Where recovery not allowed.
Recovery is not allowed of what has been given with the purpose of obtaining illegal or immoral results.

C. Reclamación denegada.
*No ha lugar a reclamación por lo que se hubiere dado para lograr un objeto ilícito o contrario a la Moral.*

C. Répétition exclue.
Il n'y a pas lieu à répétition de ce qui a été donné en vue d'atteindre un but illicite ou contraire aux mœurs.

### 67. [66.]

D. Limitation of actions.
The action for unjustifiable enrichment must be brought within one year from the discovery of his claim by the injured party, but in any case within ten years from the cause of action.

Where the enrichment consists of a claim against the injured party, he can refuse performance even though the period of limitation for an action for unjustifiable enrichment has lapsed.

D. Prescripción.
*La acción por causa de enriquecimiento ilegítimo se prescribe por un año a contar del día en que la parte perjudicada tuvo conocimiento de su derecho a ejercitarla; y, en todo caso, por el transcurso de diez años desde el nacimiento de dicho derecho.*

*Si el enriquecimiento consiste en un crédito contra la parte perjudicada, ésta puede rehusar el pago aun cuando sus derechos hayan caído en la prescripción.*

50

L'action pour cause d'enrichissement illégitime se prescrit par un an à compter du jour où la partie lésée a eu connaissance de son droit de répétition, et, dans tous les cas, par dix ans dès la naissance de ce droit. — D. Prescription.

Si l'enrichissement consiste en une créance contre la partie lésée, celle-ci peut en refuser le paiement lors même que ses droits seraient atteints par la prescription.

## SECOND TITLE
### Effect of obligations

## TITULO SEGUNDO
### *Del efecto de las obligaciones*

## TITRE DEUXIÈME
### De l'effet des obligations

### FIRST CHAPTER
THE PERFORMANCE OF OBLIGATIONS

### CAPITULO PRIMERO
*DEL CUMPLIMIENTO DE LAS OBLIGACIONES*

### CHAPITRE PREMIER
DE L'EXÉCUTION DES OBLIGATIONS

68. [67.]*  — A. General principles. / I. Personal performance.
The debtor is only bound to perform personally where his person is essential to the performance.

*El deudor no está obligado a ejecutar personalmente su obligación, sino cuando el acreedor tenga interés en que sea ejecutada por el deudor mismo.* — A. Principios generales. / I. Ejecución por el mismo deudor.

Le débiteur n'est tenu d'exécuter personnellement son obligation que si le créancier a intérêt à ce qu'elle soit exécutée par le débiteur lui-même. — A. Principes généraux. / I. Exécution par le débiteur lui-même.

69. [68.] — II. Subject of performance. / 1. Part payment.
The creditor is not bound to accept part payment where the debt is liquidated and due.

---
\* As used above the meaning of creditor and debtor shall extend to both money debts and non-pecuniary obligations.

4\*    51

126. [124.]

IV. Waiver.   A debtor can in advance waive his right of set-off.

IV. Renuncia.   *El deudor puede renunciar de antemano a la compensación.*

IV. Renonciation.   Le débiteur peut renoncer d'avance à la compensation.

127. [125.]

G. Limitation of actions.
  I. Periods.
    1. Ten years.

All actions must be brought within ten years, unless ⟨the Federal private law⟩ [this law] provides otherwise.

G. Prescripción.
  I. Plazos.
    1. De diez años.

*Todas las acciones se prescriben por el término de diez años siempre que ⟨el derecho civil federal⟩ [las presentes leyes] no dispongan otra cosa.*

G. Prescription.
  I. Délais.
    1. Dix ans.

Toutes les actions se prescrivent par dix ans, lorsque ⟨le droit civil fédéral⟩ [la présente loi] n'en dispose pas autrement.

128. [126.]

2. Five years.   On the following claims action must be brought within five years:

1. Rent or hire, interests and other periodical payments,
2. Claims for food, board, restaurant and hotel bills,
3. Claims for work done by mechanics, claims resulting from the retail sale of goods, from medical treatment and professional services of lawyers ⟨law agents⟩, attorneys and notaries, and for work done by employees, servants, day-labourers and workmen.

2. De cinco años.   *Se prescriben a los cinco años:*

*1.º Los alquileres ⟨y arrendamientos⟩, los intereses del capital y cualquier otro rédito periódico;*

*2.º Las acciones por suministro de víveres, pensiones alimenticias y gastos de albergue;*

*3.º Las acciones de los artesanos por su trabajo, de los comerciantes al detall por sus remesas, de los médicos y demás personas dedicadas al arte de curar por sus servicios; de los Abogados, Procuradores, ⟨Agentes de derecho⟩ y Notarios por sus trabajos profesionales; y de los empleados, dependientes, domésticos, jornaleros y obreros por su salario.*

90

# TABLE OF CONTENTS

# THE CODE OF OBLIGATIONS

## FIRST PART
## *GENERAL PROVISIONS*

### First Title
*Origin of Obligations*                                    Articles.
Chapter I. Obligations resulting from contract ..........   1–40
Chapter II. Obligations resulting from tort ............   41–61
Chapter III. Obligations resulting from unjustifiable
    enrichment .........................................   62–67

### Second Title
*Effect of Obligations*
Chapter I. The performance of obligations ..............   68–96
Chapter II. The effect of non-performance ..............   97–109
Chapter III. Obligations affecting third persons .......  110–113

### Third Title
*The discharge of obligations* .........................  114–142

### Fourth Title
*Obligations with special modalities.*
Chapter I. Joint liabilities and rights ................  143–150
Chapter II. Conditions .................................  151–157
Chapter III. Earnest and forfeit money, deductions
    from wages and penalties ...........................  158–163

### Fifth Title
*The assignment of choses in action and the assumption
of obligations* ........................................  164–183

## SECOND PART
## *THE DIFFERENT KINDS OF CONTRACT*

### Sixth Title
*Sale and Exchange*
Chapter I. General provisions ..........................  184–186
Chapter II. Sale of personal property ..................  187–215
Chapter III. Sale of real property .....................  216–221
Chapter IV. Special classes of sales ...................  222–236
Chapter V. The exchange ................................  237–238

### Seventh Title
*Gifts* .................................................. 239–252

### Eighth Title
*Letting and hiring. Usufructuary leases*
Chapter I. Letting and hiring ............................. 253–274
Chapter II. Usufructuary leases ......................... 275–304

### Ninth Title
*Loans*
Chapter I. Loan for use................................... 305–311
Chapter II. Loan of money and other fungibles ...... 312–318

### Tenth Title
*Contract for service* ................................... 319–362

### Eleventh Title
*Contracts for work and labour*........................ 363–379

### Twelfth Title
*Publishing contracts* .................................. 380–393

### Thirteenth Title
*The mandate*
Chapter I. The ordinary mandate ........................ 394–406
Chapter II. Letters and orders of credit ................ 407–411
Chapter III. Brokerage contracts ........................ 412–418

### Fourteenth Title
*Acting without authority* .............................. 419–424

### Fifteenth Title
*The commission* ........................................ 425–439

### Sixteenth Title
*Contract for transportation* ........................... 440–457

### Seventeenth Title
*Procuration and other commercial powers of attorney* ... 458–465

### Eighteenth Title
*The order* .............................................. 466–471

### Nineteenth Title
*Bailment* ............................................... 472–491

### Twentieth Title
*The guarantee*........................................... 492–512

### Twenty-first Title
*Gaming and betting* .................................... 513–515

### Twenty-second Title
*Annuity agreements and contracts for lifelong support* . 516–529

### Twenty-third Title
*The ordinary partnership* .............................. 530–551

396